IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| THOMAS ROGERS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 3:12-cv-01014 |
| v. | ) ) | Judge Nixon<br>Magistrate Judge Bryant |
| TIGER ACCESSORIES GROUP, LLC, | ) ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

The parties to this action have filed a Stipulated Dismissal, stating they have resolved their dispute and stipulating to dismiss Plaintiff's claims with prejudice. (Doc. No. 16.) They agree that each party will bear its own costs, attorney's fees, and expenses. (*Id.* at 1.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice.** The Court **DIRECTS** the Clerk of the Court to close the case.

It is so ORDERED.

Entered this the 30th day of July, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT